

# Center for Disability Advocacy Rights (CeDAR), Inc.

100 Lafayette Street, 3rd Floor
New York, New York 10013
Tel. (212) 979-0505
Fax (212) 979-8778

**CHRISTOPHER J. BOWES**
EXECUTIVE DIRECTOR
DIRECT DIAL (212) 979-75[__]



**MEMO ENDORSED**

March 11, 2008

**BY HAND**
Hon. Theodore H. Katz
United States Magistrate Judge
500 Chambers Street
New York, New York 10007

                    RE:   Jose Sanchez v. Michael J. Astrue
                          07 Civ. 9318 (DAB)(THK)

Dear Magistrate Katz:

   I am writing on behalf of the parties in the above captioned action to request consideration of the following proposed briefing schedule:

April 4, 2008    Plaintiff's Motion for Judgment on the Pleadings
May 5, 2008      Defendant's Opposition
May 22, 2008     Plaintiff's Reply

   Thank you for your attention to this matter.

3/12/08

**SO ORDERED**
/s/ Theodore H. Katz
THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE

Respectfully,

/s/ Christopher J. Bowes
Christopher J. Bowes
Attorney for Plaintiff

CC: Susan D. Baird
    US Attorney for the SDNY
    86 Chambers Street, 3rd Floor
    New York, NY 10007

COPIES MAILED
TO COUNSEL OF RECORD ON  3/12/08