

# Center for Disability Advocacy Rights (CeDAR), Inc.
100 Lafayette Street, 3rd Floor
New York, New York 10013
Tel. (212) 979-0505
Fax (212) 979-8778

**CHRISTOPHER J. BOWES**
EXECUTIVE DIRECTOR
DIRECT DIAL (212) 979-7575

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/8/08

April 7, 2008

**BY HAND**
Hon. Theodore H. Katz
United States Magistrate Judge
500 Chambers Street
New York, New York 10007



RE:   Jose Sanchez v. Michael J. Astrue
      07 Civ. 9318 (DAB)(THK)

Dear Magistrate Katz:

    I am writing to request an extension of time in which to file plaintiff's motion for judgment on the pleadings. Plaintiff's papers were due last Friday. Due to an unanticipated workload over the last month I am unfortunately behind in my work. Counsel for the defendant has graciously consented to this request. The revised proposed briefing schedule would be as follows:

April 14, 2008   Plaintiff's Motion for Judgment on the Pleadings
May 15, 2008     Defendant's Opposition
May 29, 2008     Plaintiff's Reply

    Thank you for your attention to this matter.

*The schedule is so amended. Counsel is reminded that requests for extensions of time should be submitted prior to a deadline, not after the deadline has passed.*

Respectfully,

Christopher J. Bowes
Attorney for Plaintiff

CC:  Susan Branagan
     Assistant US Attorney for the SDNY
     86 Chambers Street, 3rd Floor
     New York, NY 10007

**SO ORDERED**

4/8/08

THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE

COPIES MAILED
TO COUNSEL OF RECORD ON  4/8/08