

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

May 15, 2008

BY HAND

Hon. Theodore H. Katz
United States Magistrate Judge
United States Courthouse
500 Pearl Street, Room 1660
New York, New York 10007-1312

    Re:   Jose Suarez v. Astrue
           07 Civ. 9318 (DAB)(THK)

Dear Magistrate Judge Katz:

    This Office represents the Commissioner of Social Security, defendant in this action. I write respectfully to request an extension of time to file defendant's motion for judgment on the pleadings.

    Pursuant to the court's order of April 8, 2008, defendant's motion is due Thursday, May 15, 2008, and plaintiff's response is due May 29, 2008. I have recently been assigned to this matter and have not yet been able to complete my review of the record. I respectfully request a thirty-day extension of time to file defendant's motion, until June 16, 2008, and accordingly, a thirty-day extension of plaintiff's time to file his response, to June 30, 2008. This is the government's first request for an extension. Plaintiff has kindly consented to this request.

    Thank you for your consideration of this matter.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: *Susan C. Branagan*
SUSAN C. BRANAGAN
Assistant United States Attorney
Telephone: (212) 637-2804
Fax: (212) 637-2750

*[Handwritten annotation: The response to the motion shall be filed by June 16, 2008. Any reply shall be filed by June 30, 2008.]*

**SO ORDERED**
5/16/08 *[signature]*
THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE

cc: Christopher Bowes, Esq.
    By Fax