

U.S. Department of Justice

United States Attorney
Southern District of New York

86 Chambers Street
New York, New York 10007

June 23, 2008

BY HAND
Honorable Theodore H. Katz
United States Magistrate Judge
United States Courthouse
500 Pearl Street, Room 1660
New York, New York 10007-1312

```
USDC
DOCUM
ELECTR         FILED
DOC #:
DATE FIL  6/24/08
```

    Re:  Jose Sanchez v. Astrue
          07 Civ. 9318 (DAB) (THK)

Dear Magistrate Judge Katz:

    This Office represents the Commissioner of Social Security, defendant in this action. I write respectfully to advise the court of recent events and to request a _nunc pro tunc_ extension of defendant's time to file a motion.

    Pursuant to the Court's Order of May 15, 2008, defendant's motion was due on June 16, 2008. Due to an error on my part defendant's motion was not filed by that date. Accordingly, I respectfully request _nunc pro tunc_ a seventeen-day extension of time to file defendant's brief, to July 3, 2008. I apologize for my error and any inconvenience it may have caused to the Court. This is the Government's second request for an extension of the briefing schedule. Plaintiff has kindly consented to this request.

    Thank you for your consideration of this matter.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: _Susan Branagan_
SUSAN C. BRANAGAN
Assistant United States Attorney
Telephone: (212) 637-2804
Fax: (212) 637-2750

cc: Christopher J. Bowes, Esq.
    By Fax

*Handwritten memo endorsement:* Defendant's motion will be filed by July 3, 2008. Plaintiff's response will be filed by July 25, 2008. Any reply will be filed by August 1, 2008.

**SO ORDERED**
6/24/08
_Theodore H. Katz_
THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE

COPIES MAILED
TO COUNSEL OF RECORD ON 6/24/08