

U.S. Department of Justice

United States Attorney
Southern District of New York

**MEMO ENDORSED**

86 Chambers Street
New York, New York 10007

July 3, 2008

BY FAX
Hon. Theodore H. Katz
United States Magistrate Judge
United States Courthouse
500 Pearl Street, Room 1660
New York, New York 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/3/08
```

    Re:  Jose Sanchez v. Astrue
           07 Civ. 9318 (DAB)(THK)

Dear Judge Katz:

      This Office represents the Commissioner of Social Security, defendant in this action. I write respectfully to advise the Court of recent events and to request an extension of time to file defendant's response and cross-motion.

      Pursuant to the Court's order of June 24, 2008, defendant's motion is due today, July 3, 2008, plaintiff's response is due July 25, 2008, and any reply is due August 1, 2008. While preparing the Government's motion, I discovered an issue that required me to contact the Agency. As a result, the Commissioner is reconsidering his position in this case. Accordingly, I respectfully request a thirty-day extension of time to file defendant's brief, until August 4, and accordingly, a thirty-day extension of plaintiff's time to file his response, to August 25, 2008, and any reply will be due September 2, 2008. This is the government's third request for an extension. Plaintiff has kindly consented to this request.

      Thank you for your consideration of this matter.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: *Susan C. Branagan*
SUSAN C. BRANAGAN
Assistant United States Attorney
Telephone: (212) 637-2804
Fax: (212) 637-2750

*Granted.*

**SO ORDERED**
7/3/08
*Theodore H. Katz*
**THEODORE H. KATZ**
**UNITED STATES MAGISTRATE JUDGE**

cc: Christopher J. Bowes, Esq.
    By Fax

COPIES MAILED
TO COUNSEL OF RECORD ON 7/3/08

TOTAL P.02