**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

JUN 2 4 2008

MEMO ENDORSED

*86 Chambers Street*
*New York, New York 10007*

June 23, 2008

USDC
DOCUM
ELECTR.        FILED
DCC #:
DATE FIL   6/24/08

BY HAND
Honorable Theodore H. Katz
United States Magistrate Judge
United States Courthouse
500 Pearl Street, Room 1660
New York, New York 10007-1312

> Re:   Jose Sanchez v. Astrue
>       07 Civ. 9318 (DAB) (THK)

Dear Magistrate Judge Katz:

    This Office represents the Commissioner of Social
Security, defendant in this action.  I write respectfully to
advise the court of recent events and to request a nunc pro tunc
extension of defendant's time to file a motion.

    Pursuant to the Court's Order of May 15, 2008,
defendant's motion was due on June 16, 2008.  Due to an error on
my part defendant's motion was not filed by that date.
Accordingly, I respectfully request nunc pro tunc a seventeen-day
extension of time to file defendant's brief, to July 3, 2008.  I
apologize for my error and any inconvenience it may have caused
to the Court.  This is the Government's second request for an
extension of the briefing schedule.  Plaintiff has kindly
consented to this request.

    Thank you for your consideration of this matter.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By:  SUSAN C. BRANAGAN
     Assistant United States Attorney
     Telephone: (212) 637-2804
     Fax: (212) 637-2750

*Defendant's motion will be filed
by July 3, 2008. Plaintiff's response
will be filed by July 25, 2008.
Any reply will be filed by
August 1, 2008.*

cc:  Christopher J. Bowes, Esq.
       By Fax

**SO ORDERED**

6/24/08

THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE

COPIES MAILED
TO COUNSEL OF RECORD ON 6/24/08