
# Center for Disability Advocacy Rights (CeDAR), Inc.
100 Lafayette Street, 3rd Floor
New York, New York 10013
Tel. (212) 979-0505
Fax (212) 979-8778

**MEMO ENDORSED**

**CHRISTOPHER J. BOWES**
EXECUTIVE DIRECTOR
DIRECT DIAL (212) 979-7575



August 18, 2008

Hon. Theodore H. Katz
United States Magistrate Judge
500 Pearl Street
New York, New York 10007
(212) 805-7932

RE: Jose Sanchez v. Michael Astrue
07 Civ. 9318 (DAB)(THK)

Dear Magistrate Katz:

I am writing to request a two day extension of time (i.e., until Wednesday August 20, 2008) in which to file and plaintiff's papers reply in the above case. The defendant filed and served a motion for remand on Monday August 4, 2008. Unfortunately I have been unable to complete these papers as I am working from home this past week and unfortunately do not have the complete folder with which to complete these papers. I have sought consent from AUSA Susan Branagan but have not yet received a response to my request.

Thank you for your attention to this matter.

*The response to the remand motion shall be filed by 8/20/08.*

Respectfully,

Christopher J. Bowes, Esq.

cc: AUSA Susan Branagan
86 Chambers Street
New York, NY 10007
T. (212) 637-2804
F. (212) 637-2750

**SO ORDERED**

8/18/08

THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE