

# Center for Disability Advocacy Rights (CeDAR), Inc.

100 Lafayette Street, 3rd Floor
New York, New York 10013
Tel. (212) 979-0505
Fax (212) 979-9818

**CHRISTOPHER J. BOWES**
EXECUTIVE DIRECTOR
DIRECT DIAL (212) 979-7875

**MEMO ENDORSED**

August 22, 2008

Hon. Theodore H. Katz
United States Magistrate Judge
500 Pearl Street
New York, New York 10007
(212) 805-7932

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 8-25-08

RE: Jose Sanchez v. Michael Astrue
07 Civ. 9318 (DAB)(THK)

Dear Magistrate Katz:

I am writing to request a second extension of time, nunc pro tunc, in which to file and plaintiff's papers reply in the above case. On August 18, 2008, I requested permission to fiel these papers on August 20, 2008. That request was granted.

Unfortunately, the file I was computer I am using at home does not have the latest up to date version for my data program and I am unable to access my notes from home. Therefore, I ask permission to serve and file plaintiff's reply on Monday August 25, 2008. AUSA Susan Branagan has kindly consented to this request.

Respectfully,

Christopher J. Bowes, Esq.

cc: AUSA Susan Branagan
86 Chambers Street
New York, NY 10007
T. (212) 637-2804
F. (212) 637-2750

Granted.

**SO ORDERED**

8/25/08

THEODORE H. KATZ
UNITED STATES MAGISTRATE

# Center for Disability Advocacy Rights ("CeDAR"), Inc.

100 Lafayette Street, Suite 304
New York, New York 10013
Tel. (212) 979-0505
Fax: (212) 979-8778

# Fax

| | | | |
|---|---|---|---|
| To: | Hon. Theodore H. Katz | | Fax: 212-805-7932 |
| RE: | Sanchez v. Astrue 07-Civ-9318 (DAB)(THK) | | |
| Date: | August 22, 2008 | | Pages: 2 |
| cc: | AUAS Susan Branagan | F (212) 637-2750 | T (212) 637-2804 |