```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
JOSE A. SANCHEZ,

                    Plaintiff,

        -against-                          07 Civ. 9318 (DAB)
                                           ADOPTION OF REPORT
                                           AND RECOMMENDATION
MICHAEL J. ASTRUE,
Commissioner of Social Security,

                    Defendant.
---------------------------------------X
```

DEBORAH A. BATTS, United States District Judge.

This matter is before the Court upon the November 17, 2009 Report and Recommendation of United States Magistrate Judge Theodore H. Katz ("Report"). In his Report, Magistrate Katz recommends to this Court that this action be remanded to the Commissioner of Social Security, pursuant to the fourth sentence of 42 U.S.C. § 405(g), for a more thorough consideration of the record and explanation of the Commissioner's determination. (Report at 46.)

Pursuant to 28 U.S.C. § 636(b)(1)(C), "[w]ithin ten days after being served with a copy [of the Magistrate Judge's Report and Recommendation], any party may serve and file written objections to such proposed findings and recommendations." 28 U.S.C. § 636(b)(1)(C); see also Fed. R. Civ. P. 72(b). No objections to the Report and Recommendation have been filed.

Having reviewed the Report and Recommendation and finding no clear error on the face of the record, see Rule 72, Fed. R. Civ.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/12/10

P., Notes of Advisory Committee on Rules (citing Campbell v. United States Dist. Court, 501 F.2d 196, 206 (9th Cir.), cert. denied, 419 U.S. 879 (1974)), it is HEREBY,

ORDERED AND ADJUDGED as follows:

1. The Report and Recommendation of United States Magistrate Judge Theodore H. Katz, dated November 17, 2009, be and the same hereby is APPROVED, ADOPTED, and RATIFIED by the Court in its entirety;

2. The case is remanded to the Commissioner of Social Security for further consideration and explanation, consistent with that Report; and

3. The Clerk of the Court is directed to close the docket in this matter.

SO ORDERED.

Dated: New York, New York
January 8, 2010

Deborah A. Batts
United States District Judge

2